IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 17-14927 |
| Mark P. Kerry AKA Mark Kerry, AKA | Chapter 13 |
| Mark Patrick Kerry | Judge Richard E. Fehling |
| Debtor(s) | * * * * * * * * * * * * * * * * * * |
| | |
| HSBC Bank USA, National Association | |
| as Trustee for Citigroup Mortgage Loan | Related Document #56 |
| Trust Inc., Asset Backed Pass-Through | |
| Certificates Series 2004-RP1 | |
| Movant, | |
| vs | |
| | |
| Mark P. Kerry AKA Mark Kerry, AKA | |
| Mark Patrick Kerry | |
| | |
| Frederick L. Reigle | |
| Respondents. | |

## REVISED DISMISSAL ORDER

AND NOW, upon consideration of the Motion to Revise the Dismissal order to include a 180 bar and in rem sanctions and for good cause shown, the Motion is granted and the Dismissal Order entered on March 1, 2018 is revised to provide that Debtor shall be prohibited from refiling a bankruptcy petition, under any chapter of the Code, for a period of 180 days and the automatic stay shall not apply to the Property for a period of two years from the date of entry of the dismissal Order.

Upon recordation of this dismissal Order in the official records of the Northampton County Recorder of Deeds, the Order shall be binding in any other case filed under this title purporting to affect the Property as supported by the Mortgage recorded as Instrument number 1998021250 on June 5, 1998 and described as follows:

17-025565_SCS2

Legal Description: ALL THAT CERTAIN place or parcel or tract of land situate in the Township of Palmer, County of Northampton and Commonwealth of Pennsylvania and being known as Lot No. 11 on the Plan entitled Woodridge Falls Section 1-A dated 1/21/92 and last revised 4-23-92 prepared by Mic Zeworski & Sons at Palmer I, Inc. by Michail J Robel & Associates, Consulting Engineers as recorded in the Office of teh Recorder of Deeds in and for Northampton County at Easton, PA on 5-13-92 in Plan Book 92 on Page 124. County Parcel #M9NW4-15-23.
Tax ID: 24M9NW4 15 23
Property Address: 334 Carbon Street, Easton, PA 18045

Any sheriff that is presented with a bankruptcy petition filed within the two year period by Debtor Mark Kerry or any other person claiming an interest in the Property, may disregard the petition and continue to obtain possession of the Property.

4/12/18

_____
Richard E. Fehling
United States Bankruptcy Judge

17-025565_SCS2